UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CHAD EGELAND ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| BANGKOK THAI ENTERPRISES ) | |
| ) | No. 2:16-cv-00070-JAW |
| and ) | |
| ) | |
| NATTASAK WONGSAICHUA ) | |
| ) | |
| Defendants ) | |

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure, the Defendants, having made an offer of judgment to be entered against both of them, which the Plaintiff both on his own behalf and on behalf of all others similarly situated accepted, the Court now enters judgment in accordance with Rule 68(a) with judgment being entered in favor of the Plaintiff and against the Defendants in the total amount of $11,800.01 in damages and $7,277.50 in attorney's fees and costs.

SO ORDERED,

Dated: July 13, 2016                    /s/John A. Woodcock, Jr.
                                        JOHN A. WOODCOCK, JR.
                                        U.S. DISTRICT JUDGE